FREDERICK HOENINGHAUS et al., Respondents, *v.* JAMES A. HOLDEN et al., Appellants, Impleaded with Another.

*Hoeninghaus* v. *Holden,* 60 App. Div. 613, affirmed.
(Argued October 17, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1901, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court.

*T. W. McArthur* for appellants.

*Charles H. Broas* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

———

GEORGE PROLE et al., Respondents, *v.* GEORGE F. LOWE, Appellant.

*Prole* v. *Lowe,* 37 App. Div. 633, affirmed.
(Argued October 17, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 8, 1899, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

*Frederick S. Randall* for appellant.

*Safford E. North* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.